York, and Others, Respondents.— Order denying motion for a peremptory mandamus order unanimously affirmed, with costs, upon opinion of Mr. Justice May at Special Term. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

SAMUEL L. SIEGLER, Respondent, v. LAURENCE S. MULLER and MITCHELL S. LURIO, Copartners, Doing Business under the Firm Name and Style of MULLER & LURIO, Appellants.— The decision of this court handed down on May 8, 1931, is hereby amended to read as follows: Order of the County Court of Kings county, in so far as it granted judgment in favor of plaintiff, reversed upon the law and the facts, and motion to that extent denied, without costs. In so far as it struck out affirmative defenses the order is affirmed, without costs. The denials in the answer present issues of fact to be tried. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

JOHN E. WALL and PHILIP P. WOODS, Respondents, v. NORTHWESTERN FIRE AND MARINE INSURANCE COMPANY, Appellant.— Judgment reversed upon the law and the facts and a new trial granted, costs to abide the event. In our opinion the matter set up in defendant's second separate defense should be tried upon the merits, and the exclusion of the testimony offered in support of that defense was error. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

EMMA C. LANNING, Respondent, v. RICHARD L. LANNING, Appellant.— Motion to add appeal to the June term calendar denied. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

LOUISE BUSCHER, Respondent, v. JOHN B. GORMAN, as Supervisor of Roman Catholic Cemeteries, Diocese of Brooklyn, and Others, Appellants.— Motion for a preference granted and case ordered placed at the head of the October term calendar. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

DOROTHY DAAB, by FREDERICK F. P. DABB, Her Guardian ad Litem, Respondent, v. FRANCIS McDERMOTT, Appellant.— Motion for stay granted. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

IRVING J. DOLGENIS, Respondent, v. RUTH DOLGENIS, Appellant.— Motion to add appeal to the June term calendar denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

WILLIAM FOX, Respondent, v. JACOB W. LOEB, Appellant.— On consent, motion for stay granted upon condition that appellant perfect the appeal for Monday, September twenty-eighth (for which day the case is set down), and be ready for argument when reached. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

JOHN H. GORDON and Others, Respondents, v. DORA SCHROEDER, Appellant, and Others, Defendants.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

JOHN H. GORDON and Others, Respondents, v. DORA SCHROEDER, Appellant, and Others, Defendants.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.